```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 33214
   LESTER LEWIS III
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2179

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 12/04/2008 and was not confirmed.

    The case was dismissed without confirmation 02/25/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
GMAC                       SECURED NOT I     2977.85            .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE NOTI    NOT FILED           .00            .00
SAXON MORTGAGE             CURRENT MORTG         .00            .00            .00
SAXON MORTGAGE             SECURED NOT I    65298.15            .00            .00
FREMONT INVERSTMENT & LO   UNSECURED        NOT FILED           .00            .00
IRA T NEVEL                UNSECURED        NOT FILED           .00            .00
WELLS FARGO                UNSECURED        NOT FILED           .00            .00
GE MONEY BANK              UNSECURED        11105.84            .00            .00
AMERICAN EXPRESS           UNSECURED        11342.97            .00            .00
AMERICAN EXPRESS           UNSECURED         2639.55            .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          --------------      --------------
TOTALS                          .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 33214 LESTER LEWIS III
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/26/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 08 B 33214 LESTER LEWIS III
```